**Exhibit A to the Complaint**

**Location:** Union, NJ

**Total Works Infringed:** 29

**IP Address:** 74.105.245.48

**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash:<br>AF5F5B8A0CBE4517D8B9094382053364793E0B07<br>File Hash:<br>F25027B6FF0C778172A1070478CD96421152D6B461643F984130226FC0ED6185 | 04-07-2021 19:09:43 | Tushy | 02-21-2021 | 03-08-2021 | PA0002280370 |
| 2 | Info Hash:<br>24F17708EFCAC58DF9FDADED47654864C1F4DB52<br>File Hash:<br>FBAADD72C5F7E2E8081B8CA6D56DBE05C302462E0D2E8D0F0B82E2DFB637F579 | 04-07-2021 17:37:27 | Vixen | 05-29-2018 | 07-14-2018 | PA0002128390 |
| 3 | Info Hash:<br>41E52CFC5B9D061314B881BCE70E249F504DB15B<br>File Hash:<br>6FFD313CFAE74B589EBE8BD55503E5559DC52AFCFC170A4548B06CF758FFF685 | 04-07-2021 17:26:22 | Tushy | 11-27-2017 | 01-04-2018 | PA0002069335 |
| 4 | Info Hash:<br>1611C04595EFBF983BA5FCEF368A36B1227DFE4E<br>File Hash:<br>FC237C2EA4B1F9C05AF26BFBF028182C211D04844461313B968B28165EF0690E | 04-07-2021 17:09:10 | Blacked | 02-14-2018 | 03-02-2018 | PA0002104757 |
| 5 | Info Hash:<br>6EF8D880A4BA06481EE79D4E1CE6851A1F6DA3FB<br>File Hash:<br>1285F37579C781AD274ADF25BB944C642C7BBA7AD59AD7AB60A488CA2DFCB473 | 04-07-2021 16:11:41 | Tushy | 11-07-2018 | 11-25-2018 | PA0002136607 |
| 6 | Info Hash:<br>CA5EEB2B2CF5FE3327F97C1B98A1BBC3CEA9078D<br>File Hash:<br>E9A54ECAA7C0608DB489172C0B2C8DCBF5928E8C3257F0CD962D675AF02F45B5 | 01-10-2021 01:48:38 | Blacked Raw | 01-04-2021 | 02-02-2021 | PA0002280514 |
| 7 | Info Hash:<br>966AF5D11568D7D5896168F66E882245BA8A5F07<br>File Hash:<br>13ABD2A124FF486B57001E7FB865A719FBB18B92F74EF38F6CD5ECA9744EBBE2 | 11-07-2020 19:26:09 | Blacked Raw | 01-12-2020 | 02-04-2020 | PA0002225587 |
| 8 | Info Hash:<br>D4C4F2E93F58EE586FCFBA4A3034783CB97E59AE<br>File Hash:<br>5B41B022AF6FA2E68B6F48A61E4E80F3E9EC7085E02B2DC59E002FB41C20BD08 | 11-07-2020 19:26:00 | Blacked Raw | 02-21-2019 | 04-29-2019 | PA0002170356 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash:<br>01A440847097B025DE6EEAB45B97D3C5C922685D<br>File Hash:<br>2AABAC567A3205D2DC8D2E043F82610BA6E6DDB4C0F0B85FE040D3E250F9ADC3 | 11-07-2020<br>19:25:31 | Tushy | 11-01-2020 | 11-18-2020 | PA0002272627 |
| 10 | Info Hash:<br>8C0450560F9B89D6FC85B8D65FC2A45F85BEB391<br>File Hash:<br>D51FF4DFDC04263DDA8DDDF1C9E02997D3C0193D83460492DD9D0589FEE5B727 | 11-07-2020<br>19:25:09 | Tushy | 08-16-2020 | 08-18-2020 | PA0002253098 |
| 11 | Info Hash:<br>BEF0D2E7B96DDC060FA0F61AB59A5985525115B5<br>File Hash:<br>B67B097F801EEA65584A38F8DCE91095187EC713948B4F65B62B25346C690CAF | 11-07-2020<br>19:24:54 | Vixen | 07-31-2020 | 08-11-2020 | PA0002252260 |
| 12 | Info Hash:<br>C1484E85E6773D379C6C4ED1D402D30FF5EC2256<br>File Hash:<br>363C657260C54421DB941EE3B5764CF3DD8788F6570BF153BC16E19E0081CDC7 | 11-07-2020<br>19:24:48 | Blacked Raw | 10-19-2020 | 11-05-2020 | PA0002263389 |
| 13 | Info Hash:<br>1A26A196358C2C12445BC8122570365DEE727A70<br>File Hash:<br>A5E4E4AA26374FE74D4F62B1BBBF99AD26104A1B6A6CEEE59E75309D3022702E | 11-07-2020<br>19:24:42 | Tushy | 10-18-2020 | 11-05-2020 | PA0002263388 |
| 14 | Info Hash:<br>F54D83B07A67B42DD126288CCD96E26BD4E25316<br>File Hash:<br>1012A4034610D20C3D0A0A716FCF4FB6F493934658BAA3A9311C1E467DBDE5F8 | 11-07-2020<br>16:22:31 | Tushy | 09-20-2020 | 09-29-2020 | PA0002258683 |
| 15 | Info Hash:<br>DDB5B87DD389A7D38E36B58177629B40BE7B74EE<br>File Hash:<br>7A635BC050ED42E52C8B861EABDB6DD010C5CC310A60219E2B59B38D1218DE46 | 11-07-2020<br>16:20:57 | Blacked | 08-15-2020 | 09-05-2020 | PA0002255476 |
| 16 | Info Hash:<br>333EF607453E84D6528AC24F90BAF0FAD4A1117A<br>File Hash:<br>8D68759EBB0D26D114D773A87E8A1E37F1FD3735B98773BB38286C4C8F1F36F1 | 11-07-2020<br>16:20:34 | Tushy | 03-27-2019 | 04-29-2019 | PA0002169944 |
| 17 | Info Hash:<br>F15A3D34FF0FD051292EC25A6DBB3F574863F6E2<br>File Hash:<br>4D5131F83A161A61BCC759E3AA7729C7BF9F99527E0D0FA59AD26AD5A61316B7 | 11-07-2020<br>16:20:18 | Blacked Raw | 04-17-2018 | 05-23-2018 | PA0002101308 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash:<br>C341AC19AAF42185652B5AD8AA85ADDC9ED72B2C<br>File Hash:<br>66B69E56D99068B2608C9506A71488DFF634122025E5C9C9DB6DEBEC490EA63F | 11-07-2020<br>16:19:32 | Vixen | 12-25-2017 | 01-15-2018 | PA0002099686 |
| 19 | Info Hash:<br>057D52E3AC118C1882812B3A5E3F2C3EA982FE8B<br>File Hash:<br>E8946DBE3E8A1E96194DDFF7F571C449F50845EB4C17CDC4866603F9AAD04350 | 11-07-2020<br>16:19:18 | Blacked | 08-22-2020 | 09-05-2020 | PA0002255479 |
| 20 | Info Hash:<br>A011B9289145DA1C21100D1FA8913F13781A346B<br>File Hash:<br>0BBFC94BEF9BB84B7283F475132353E78127A780D3A737E39CD8E8138FB39CD5 | 11-07-2020<br>06:37:38 | Tushy | 10-25-2020 | 11-24-2020 | PA0002265965 |
| 21 | Info Hash:<br>642E0CBC2CC4510978E835A1A110DB3AFCCA7A01<br>File Hash:<br>88BFA21A2FA90A82F48A0B1D6EA087EEC44A7701B46620CBE9492D37880B8DED | 11-07-2020<br>06:20:53 | Tushy | 02-10-2020 | 03-15-2020 | PA0002240548 |
| 22 | Info Hash:<br>7E8FD1C11395443FB2541763CEC399DEE1972BF9<br>File Hash:<br>84FC126DAD5EA17B4FFC7E1ED4581EE7A4D555B33323D9BEAB6035119AAECEC4 | 11-07-2020<br>06:11:37 | Blacked | 07-18-2020 | 08-11-2020 | PA0002252258 |
| 23 | Info Hash:<br>2F37046EC89B3AD7ED74C2940723618BFD1A4721<br>File Hash:<br>C514F2BD32C577857F7DEA85236C8A90631675FE708B73405AB2480024C50E85 | 10-12-2020<br>05:22:37 | Tushy | 08-14-2017 | 08-17-2017 | PA0002048391 |
| 24 | Info Hash:<br>8A2C71FEFD09910A91223AD479D3B96B3F7B3E30<br>File Hash:<br>ED6058A884F7FEE8CE28813E9282DC27072587B84B9FE787A7A3EF61F7F9CB51 | 10-11-2020<br>23:32:28 | Blacked<br>Raw | 02-06-2019 | 03-24-2019 | PA0002183207 |
| 25 | Info Hash:<br>78F5DACFBD414605C47BD190F5C421E65F70B396<br>File Hash:<br>CD511222B2B9C2EC08F83BF609B40983647A15F8E11488F1B404A72F40126EC8 | 10-11-2020<br>23:22:01 | Tushy | 07-10-2017 | 08-18-2017 | PA0002077678 |
| 26 | Info Hash:<br>AB88F9A12CF5C86BFFE08E30218AC5377481314C<br>File Hash:<br>FA226CFD77535D194B2C90F04A109041121A8E60A9495538D4C556650EEE4DEC | 10-11-2020<br>23:11:42 | Vixen | 08-28-2020 | 09-22-2020 | PA0002265876 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 27 | Info Hash:<br>CA0BEF3F878732A15ED3BF5FE35FF711ACC0DD2E<br>File Hash:<br>126B76AD22F64D2135938579BDBF376D4BAEA1B57AF180AA290DB76C63824CB9 | 10-11-2020<br>21:48:05 | Tushy | 12-20-2018 | 01-22-2019 | PA0002147682 |
| 28 | Info Hash:<br>AE56D79258B3F062B731EF13E0188A0ACC1B0788<br>File Hash:<br>2493CF5F3AA64C9E0042A0D31EED3F6EDC9E23307B67E4AAC431659A24DBB640 | 10-11-2020<br>19:47:20 | Tushy | 09-13-2019 | 10-07-2019 | PA0002205470 |
| 29 | Info Hash:<br>D44CD4D7C506C72D203CA08D456B9AA8DFFA7E8B<br>File Hash:<br>2D6AE52C13E77161EB24FB59CF80DB58CC802348569703FAAA0DF1CCB922E5C3 | 10-11-2020<br>17:07:57 | Tushy | 05-17-2020 | 06-16-2020 | PA0002253264 |